755 A.2d 662

**Kerry X. MARSHALL, Appellant,**

**v.**

**DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 10 M.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

April 14, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 14th day of April, 2000, probable jurisdiction is herewith noted and the order appealed is affirmed.